# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

EUGENE DAVIS

**FILED**
JUL - 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**CRIMINAL COMPLAINT**

MAGISTRATE JUDGE COLE

CASE NUMBER:

**08CR 536**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 23, 2008__ in __Cook__ County, in the __Northern__ District of __Illinois__, and elsewhere, defendant(s) did,

by force and violence, and by intimidation, take from the person and presence of another, approximately $1,850 in United States Currency belonging to, and in the care, custody, control, management, and possession of a bank, namely, the TCF Bank, located at 635 North Dearborn Street, Chicago, Illinois, which was then insured by the Federal Deposit Insurance Corporation,

in violation of Title __18__ United States Code, Section __2113(a)__.

I further state that I am a __Special Agent, Federal Bureau of Investigation (FBI)__ and that this complaint is based on the following facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof:  _x_ Yes  ___ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

July 9, 2008
Date

at Chicago, Illinois
City and State

Hon. Jeffrey Cole, U.S. Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

STATE OF ILLINOIS        )
                         )  SS
COUNTY OF COOK           )

I, Joseph Raschke, being duly sworn depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI), and have been so employed for the past ten and a half years. My duties include the investigation of various crimes, such as bank robberies, kidnapings and other violent crimes.

2. The information contained in this affidavit is based upon my personal knowledge, my participation in this investigation, information gathered from other law enforcement officers, bank employees, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause in support of a complaint against EUGENE DAVIS, and does not contain all details or all facts of which I am aware relating to this investigation.

3. On May 19, 2008, at approximately 9:15 a.m., North Community Bank, which was insured by the Federal Deposit Insurance Corporation and located at 800 North State Street, Chicago, Illinois, was robbed by a lone black male (herein referred to as "the robber").

4. According to the victim teller of North Community Bank, the robber entered North Community Bank, approached the victim teller and gave the teller a demand note stating, "Give me the money, I have a gun." The teller complied with the robber's demands and handed the robber approximately $1,089.00 in United States Currency and a dye pack. The robber took the money and departed the North Community Bank leaving the demand note behind.

5. The victim teller described the robber as a black male, approximately 5'10" tall,

weighing 250-260 pounds, with a scar on his face, wearing a white baseball cap with a green "NY" insignia, dark jeans and dark shoes. Another witness provided a similar description and also stated that the robber walked with a noticeable limp.

6. On May 23, 2008, at approximately 1:40 p.m., TCF Bank, which was then insured by the Federal Deposit Insurance Corporation and located at 635 North Dearborn Street, Chicago, Illinois, was robbed by a lone black male.

7. According to the victim teller of TCF Bank, the robber entered TCF Bank, approached the victim teller and gave the teller a demand note stating, "Give me the money, I have a gun. I will kill." The teller complied with the robber's demands and handed the robber approximately $1,850.00 in United States Currency. The robber took the money and departed the TCF Bank, leaving the demand note behind.

8. The victim teller described the robber as a black male, approximately 5'09" tall, 45-49 years old, weighing 200-220 pounds, with a scar on his face, a noticeable limp, dark hat, dark pants and a dark jacket.

9. On July 7, 2008, an individual identified as EUGENE DAVIS, turned himself in to the Las Vegas Metropolitan Police Department (LVMPD) for a commercial burglary offense. While in LVMPD custody, DAVIS advised that he was responsible for two bank robberies in Chicago, Illinois. LVMPD contacted the FBI and Las Vegas Division FBI personnel responded to LVMPD.

10. DAVIS was advised of his *Miranda* rights orally and in writing. After being *Mirandized*, DAVIS agreed to and did waive his rights, orally and in writing, after which DAVIS submitted to an interview.

11. DAVIS informed the FBI that he had robbed two banks in Chicago between May

21, 2008 and May 24, 2008. He stated that the first bank he robbed was a "Community Bank" near Chicago Avenue and State Street. The North Community Bank at 800 North State Street that was robbed on May 19, 2008, is close to Chicago Avenue. He stated that he wore a white New York Yankees baseball cap with green lettering. He further described that he used a robbery demand note which stated, "Let me have the money, I have a gun" and that he left the note behind when he fled the bank. DAVIS also stated that a dye pack was included in the money and exploded soon after he exited, staining his hands and most of the money red. Davis stated that the second robbery was near the intersection of Ohio or Ontario and Dearborn Streets. The TCF Bank at 635 North Dearborn Street that was robbed on May 23, 2008, is near Ohio and Ontario Streets. Davis stated that he wore a black baseball hat, blue jeans, and black shoes. He entered the bank and handed the teller a note which stated, "Let me have the money, I have two guns, no dye packs or I'll kill you." The teller gave him money and he fled the bank, leaving the note behind. Davis stated that he fled the area on a Chicago Transit Authority train and counted the money, totaling approximately $1,000. The next day, DAVIS stated he paid $365.50 cash for a non-stop Southwest Airlines flight from Midway Airport to Las Vegas.

12. The FBI Agent that interviewed DAVIS at LVMPD described DAVIS as a black male, 43 years of age, 6'01" tall, weighing 260 pounds, with a 3-4" vertical scar on his face, who walks with a noticeable limp.

13. Based on the above information, I feel there is probable cause to believe that EUGENE DAVIS robbed the TCF Bank at 635 North Dearborn Street, Chicago, Illinois on May 23, 2008 in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT

Joseph Raschke, Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before me this 9th day of July, 2008

United States Magistrate Judge