# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 536 - 1 | **DATE** | 7/9/2008 |
| **CASE TITLE** | USA vs. Eugene Davis | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Eugene Davis on 7/9/08.

No notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|